# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| RICKY DURHAM, | ) |
|       Petitioner, | ) |
| v. | ) No. 4:18-CV-1613 JCH |
| WARDEN C. NASH, | ) |
|       Respondent. | ) |

## MEMORANDUM AND ORDER

Movant appeals the Court's Order denying and dismissing as successive, his application for writ of habeas corpus brought pursuant to 28 U.S.C. § 2254. Petitioner filed a motion to proceed in forma pauperis at the direction of the Court of Appeals on January 23, 2019. After review of petitioner's income status, the Court will grant his request to proceed as a pauper on appeal.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion to proceed in forma pauperis on appeal [Doc. #16] is **GRANTED**.

**IT IS FURTHER ORDERED** that no certificate of appealability shall be issued.

Dated this __25th__ day of January, 2019.

                                              \s\ Jean C. Hamilton
                                              JEAN C. HAMILTON
                                              UNITED STATES DISTRICT JUDGE